1
2
3
4
5
6
7
8                **UNITED STATES DISTRICT COURT FOR THE**
9                **NORTHERN DISTRICT OF CALIFORNIA**
10               **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| 12  VIVIAN YOUNG, | Case No. 3:11-CV-04566-RS |
| 13         Plaintiff, | *[Assigned for all purposes to Honorable Richard Seeborg]* |
| 14     v. | **[~~PROPOSED~~] ORDER RE:** |
| 15 | **STIPULATION TO EXTEND** |
| 16  BANK OF AMERICA AND JOHN | **MEDIATION COMPLETION DATE** |
| BELAGAVA, PRIORITY FINANCIAL | |
| 17 | |
| 18        Defendant. | |

19
20
21
22
23
24
25
26
27
28

UPON the stipulation of Plaintiff, VIVIAN YOUNG, and Defendant, BANK OF AMERICA, N.A., erroneously sued as Bank of America, requesting additional time to complete mediation to determine whether this matter can be resolved without further involvement by the Court, it is

ORDERED that the date to complete mediation is extended to June 15, 2012.

DATED:___ 5/17/12 _____, 2012

Honorable Richard Seeborg
United States District Judge

1

[PROPOSED] ORDER RE: STIPULATION TO EXTEND
MEDIATION COMPLETION DATE