**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7          SAN FRANCISCO DIVISION

8

9    VIVIAN YOUNG,                                No. C 11-04566 RS

10            Plaintiff,

11       v.                                       **ORDER OF DISMISSAL**

12   BANK OF AMERICA, N.A. *and*
     PRIORITY FINANCIAL,
13
              Defendants.
14   _____/

15

16       Plaintiff Vivian Young's first amended complaint was dismissed on June 18, 2012, and she

17   was afforded the opportunity to file an amended complaint by August 2, 2012.  Over a week has

18   passed since that deadline and Young has not filed an amended pleading.  Accordingly, the case

19   shall be dismissed without prejudice for failure to prosecute.  The Clerk is directed to close the file.

20

21       IT IS SO ORDERED.

22

23   Dated:  9/10/12

24   _____
     RICHARD SEEBORG
25   UNITED STATES DISTRICT JUDGE

26

27

28