IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VIVIAN YOUNG,

    Plaintiff,

v.

BANK OF AMERICA, N.A. *and* PRIORITY FINANCIAL,

    Defendants.

_____/

No. C 11-04566 RS

**ORDER OF DISMISSAL**

Plaintiff Vivian Young's first amended complaint was dismissed on June 18, 2012, and she was afforded the opportunity to file an amended complaint by August 2, 2012. Over a week has passed since that deadline and Young has not filed an amended pleading. Accordingly, the case shall be dismissed without prejudice for failure to prosecute. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: 9/10/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-04566 RS
ORDER